## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELINA CARMEN AGUAYO, individually and on behalf of all others similarly situated, | Civil Action No. 05-CV-7717 (JGK) |
| Plaintiff, | **ECF Case** |
| v. | |
| REPUBLIC OF ITALY, LEHMAN BROTHERS, INC., GOLDMAN SACHS INTERNATIONAL, MERRILL LYNCH INTERNATIONAL, CITIGROUP GLOBAL MARKETS, INC., UBS AG, UBS LIMITED, DEUTSCHE BANK AG, CREDIT SUISSE FIRST BOSTON (EUROPE) LTD., J.P. MORGAN SECURITIES LTD., MORGAN STANLEY & CO. INTERNATIONAL, INC., NOMURA INTERNATIONAL plc, AND BNP PARIBAS, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff voluntarily dismisses this Action without prejudice.

401372.doc

Dated:   January 9, 2006

                        **POMERANTZ   HAUDEK   BLOCK GROSSMAN & GROSS LLP**

                        By: _____/s/_____
                              Stanley M. Grossman (SG-4544)
                              Marc I. Gross (MG-8496)
                              Jason S. Cowart (JC-1437)
                              100 Park Avenue
                              New York, NY 10017-5516
                              (212) 661-1100
                              (212) 661-8665 (Fax)

                              *Plaintiff's Counsel*

**OF COUNSEL:**

Sherrie R. Savett
Arthur Stock
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

    -And-

Abbott Leban
**BERGER & MONTAGUE, P.C.**
 (Del Bar No. 3751)
919 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 571-8626
(302) 571-8602 (Fax)

401372.doc