UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/06

**Emelina Carmen Aguayo** *individually*,

    Plaintiff,

-v-

**Republic of Italy, et al**

    Defendants.

Case No. 05-CV-7717(KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

The Court having been advised the plaintiff wishes to voluntarily dismiss the complaint filed in this action; it is hereby

**ORDERED** that the complaint filed in the above-captioned matter be and is hereby dismissed in its entirety without prejudice and without costs.

SO ORDERED.

Dated: January 10, 2006
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE